1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  Suite 10-100
   501 I Street
4  Sacramento, California  95814
   Telephone:  (916) 554-2798
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )   NO. 2:05-cr-0280-MCE
                                  )
12            Plaintiff,          )
                                  )
13     v.                         )
                                  )   [PROPOSED] ORDER
14                                )
                                  )
15 TIMOTHY JOHN VOORS,            )
                                  )
16            Defendant.          )
   _____)
17
                         **ORDER**
18
       Having considered the government's motion, it is hereby
19
   ordered that the Indictment currently pending against defendant
20
   Timothy John Voors be dismissed.
21
   Dated:
22
   DATED: April 13, 2006
23
24
                              _____
25
                              MORRISON C. ENGLAND, JR
26                            UNITED STATES DISTRICT JUDGE
27
28